18208—Conrad J. Schlaegel v. Mattle Lust et al. Motion for an order directing the Court of Appeals to certify its record. Dismissed on motion of plaintiff in error and at his costs.

18209—State, ex rel Work Realty Co., etc., v. George R. Hauser, Commissioner of Buildings of Cincinnati. Demurrer to petition. Dismissed by consent of parties.

18214—The Forest City Investment Co. v. Rosa Haas. Motion by plaintiff for stay of execution. Overruled.

## NEW CASES

18217—Lawrence Conrad v. Seramus A. Lengle; motion for an order directing the Court of Appeals of Stark county to certify its record. Emmons & Emmons, Alliance, for plaintiff; T. M. Miller and J. E. Kimison, Canton, for defendant.

18218—John W. Romine, administrator of the estate of Roberta Romine, deceased, v. Lina M. Rector; motion for an order directing the Court of Appeals of Licking county to certify its record. F. E. Slabaugh, Hebron, for plaintiff; Fitzgibbon, Montgomery & Black, Newark, for defendant.

18219—The Trumbull Cliffs Furnace Co. v. Joseph Shackovosky; motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. J. F. Kistner, Cleveland, for plaintiff; Lyon & Wall, Youngstown, for defendant.

18220—Joshua Folk, Peter Folk, Sarah Johnston, Catherine Granes, Loucile Folk, Ruth Folk, L. A. Vanatta, Malzena Householder, Catherine Klinger, Delphia Wagoner, Archie Folk, Frank Folk and Nettie Downhour v. Ella Folk; motion for an order directing the Court of Appeals of Perry county to certify its record. Powell & Powell, New Lexington, for plaintiffs; Jas. T. Pickering, Pickerington, for defendant.

18221—The Maumee Valley Ry. Co. v. W. A. Gray, Carl J. Westhoven, Frank Westhoven and J. S. Snedelbach; motion for an order directing the Court of Appeals of Lucas county to certify its record and for temporary injunction. Smith, Baker, Effler, Allen & Eastman, Toledo, for plaintiff; Thos. L. Gifford and H. L. Levinson, Toledo, for defendants.

18222—Albert Clark, James Clark, Norman Clark, Hattie Foljambe, Jennie Clark and Louise Clark v. Euretta Clark; motion for an order directing the Court of Appeals of Cuyahoga county to certify its record; error to the Court of Appeals of Cuyahoga county. Scott & Bissell, Cleveland, for plaintiff; Chas. Higley, Cleveland, for defendant.

18223—The Pennsylvania Ry. Co. v. Clark McDonald; motion for an order directing the Court of Appeals of Allen county to certify its record. Wheeler & Bentley and J. H. Goeke, Lima, for plaintiff; Cable & Cable, and Halfhill, Quail & Quick, Lima, for defendant.

18224—Charles Hammond, as County Treasurer of Perry County, Ohio, v. John Winder, as Receiver of the Sunday Creek Coal Co.; motion for an order directing the Court of Appeals of Perry county to certify its record. C. C. Crabbe and Wm. J. Meyer, Columbus, for plaintiff; Vincent Tague and John Pyle, New Lexington, and W. O. Henderson, Columbus, and J. R. Fitzgibbon, Newark, and F. H. Gowe, Columbus, and Wm. Burry, for defendant.

8227—Lena Krueger v. Louise Krueger, as Guardian of the Estate of Pearl Krueger, a minor; motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. John A. Needing, Cleveland, for plaintiff; John P. Carrigan, Cleveland, for defendant.

## SUPREME COURT OF OHIO
## CASES DECIDED

### SYLLABUS

No. 17919—Frank S. Hamilton v. The Board of County Commissioners et al. Error to the Court of Appeals of Hardin county.

ALLEN, J.

278. OFFICE AND OFFICERS.

County Commissioners owning lands within assessment area, to be taxed—Not disqualified to act relative to laying out a road under 6906 GC.

The fact that a county commissioner owns real estate within the assessable area of an improvement to be taxed by a special assessment for the construction of a road does not of itself disqualify him to act as a county commissioner in proceedings relative to laying out and making a road, under Section 6906 et seq., General Code.

Judgment affirmed.

Marshall, C. J., Wanamaker, Jones, Matthias and Day, JJ., concur.